# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **K.J.H.,** : | |
| : | |
| **Plaintiff,** : | Case No.: 5:24-cv-173-MTT-CHW |
| : | |
| v. : | |
| : | Social Security Appeal |
| **COMMISSIONER OF** : | |
| **SOCIAL SECURITY,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for entry of judgment to remand the case for further administrative action. (Doc. 9). In light of that request, which Plaintiff does not oppose, the Court hereby **GRANTS** the motion and **REVERSES** and **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner, through the ALJ, will (1) obtain additional vocational evidence in accordance with SSR 00-4p; (2) offer Plaintiff an opportunity for a hearing; (3) take any further action needed to complete the administrative record; and (4) issue a new decision.

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings, and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 2nd day of October, 2024.

<u>s/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT