IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KELVIN JEROME HUNT,     *

      Plaintiff,     *

v.     Case No. 5:24-cv-00173-MTT-CHW

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

      Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed March 4, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 7254.00 and costs in the amount of $405.00.

This 4th day of March, 2025.

                                                          David W. Bunt, Clerk

                                                          s/ Raven K. Alston, Deputy Clerk